■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER MONTALVO, Appellant.—Judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered December 22, 1983, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Brown, Rubin and Lawrence, JJ., concur.